# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) NO. | CV10-00103-TUC-CKJ |
| | ) | CR07-01808-001-TUC-CKJ |
| Plaintiff | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| Martha Suarez-Leon, | ) | |
| | ) | |
| Defendant. | ) | |

This action came on for consideration before the Court, and the issues having been duly considered and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. 2255 to vacate, set aside or correct a sentence (Doc. #87 in CR07-01808) is **DENIED**.

The civil action opened in connection with this Motion (CV10-00103-TUC-CKJ) is **DISMISSED WITHOUT PREJUDICE.**

Judgment is entered.

Date: March 16, 2010              RICHARD H. WEARE
                                  District Court Executive/Clerk

                                   s/Jill Tarlton
                                  By: Jill Tarlton, Deputy Clerk